FILED

2010 NOV -4 P 1:13

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 10 80 262 MISC

IN THE MATTER OF

Frank Martin Ennix III - #040459

_____/

**ORDER TO SHOW CAUSE**

It appearing that Frank Martin Ennix III has been suspended for 18 months by the Supreme Court of California effective August 10, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Frank Martin Ennix III
Attorney At Law
576 10th St
Oakland, CA 94607

*United States District Court*
*For the Northern District of California*