**FILED**

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Frank Martin Ennix III,<br><br>State Bar No 40459<br>_____ / | No CV 10 80262 MISC VRW<br><br>ORDER |

On November 4, 2010, the court issued an order to show cause (OSC) why Frank Martin Ennix III should not be removed from the roll of attorneys authorized to practice law before this court, based upon his eighteen-month suspension by the Supreme Court of California, effective August 10, 2010.

The OSC was mailed to Mr Ennix's address of record with the State Bar on November 8, 2010. A written response was due on or before December 10, 2010. No response to the OSC has been filed as of this date.

The court now orders Frank Martin Ennix III removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Frank Martin Ennix III

_____/

Case Number: CV10-80262 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Martin Ennix III
576 10th Street
Oakland, CA 94607


Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*